156 So.2d 605

**ORLEANS PARISH SCHOOL BOARD**

v.

**Mrs. Dorothy DORSETT, the widow of Joe W. BROWN.**

No. 46895.

Oct. 9, 1963.

Court of Appeal, Fourth Circuit. 154 So.2d 545.

Writ granted but limited to the question of assessment of costs. In all other respects the application is denied.